# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLENTOWN WOMEN'S CENTER, INC. *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 5:19-cv-01571-CFK |
| JOHN DUNKLE, *et al.,* *Defendants.* | : : : : | |

## ORDER

**AND NOW**, this 10TH day of **June 2019**, this Court *sua sponte* dismisses Count III, Count IV against John Dunkle, Count V against John Dunkle, and Count VI against John Dunkle.[1]  Accordingly, John Dunkle is dismissed as a defendant in this matter.

BY THE COURT:

CHAD F. KENNEY, JUDGE

---

[1] These counts constitute all claims against Defendant John Dunkle.