# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLENTOWN WOMEN'S CENTER, INC., | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 19-1571 |
| ANTHONY J. SULPIZIO, et al. | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 28th day of **August 2019**, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 3), Defendant Mark Michael Bogunovich's Response thereto (ECF No. 42) and Plaintiff's Reply in support of its Motion for Preliminary Injunction (ECF No. 62), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion for Preliminary Injunction (ECF No. 3) is **DENIED** as to Defendant Mark Michael Bogunovich.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE