IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLENTOWN WOMEN'S CENTER, INC., | CIVIL ACTION |
| *Plaintiff,* | |
| v. | No. 19-1571 |
| ANTHONY J. SULPIZIO, et al. | |
| *Defendants.* | |

## ORDER

AND NOW, this 28th day of **August 2019**, upon consideration of Plaintiff's Motion for Preliminary Injunction (ECF No. 3), Defendant Anthony J. Sulpizio's Response thereto (ECF No. 46), and Plaintiff's Reply in support of its Motion for Preliminary Injunction (ECF No. 64), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion for Preliminary Injunction (ECF No. 3) is **DENIED** as to Defendant Anthony J. Sulpizio.

BY THE COURT:

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE

1