IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLENTOWN WOMEN'S CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY J. SULPIZIO, et al. <br><br> Defendants. | Civil Action No.: 5:19-cv-01571-CFK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Allentown Women's Center, Inc. and Defendants Anthony J. Sulpizio and Mark Michael Bogunovich, each acting by and through their respective counsel, hereby **STIPULATE** and **AGREE** that Plaintiff's Complaint against Defendants (ECF No. 1) be, and hereby is, **DISMISSED WITH PREJUDICE**, with each side to bear his or its own attorney's fees and costs.

Respectfully submitted,

/s/ Debra S. Friedman

Debra S. Friedman, Esq. (PA 65511)
Jason A. Cabrera, Esq. (PA 315804)
1650 Market Street, Suite 2800
Philadelphia, PA 19103
dfriedman@cozen.com
jcabrera@cozen.com

/s/ Susan Frietsche

Susan Frietsche (PA 65240)
Amal Bass (PA 202954)
Women's Law Project
125 S. 9th Street, Suite 300
Philadelphia, PA 19107
sfrietsche@womenslawproject.org
abass@womenslawproject.org

*Attorneys for Plaintiff*
*Allentown Women's Center, Inc.*

Dated: 12/03/2019

/s/ Christopher A. Ferrara

Christopher A. Ferrara (*pro hac vice*)
American Catholic Lawyers Association, Inc.
420 Route 46 East, Suite 7
P.O. Box 10092
Fairfield, NJ 07004-6092

*Attorneys for Defendant*
*Anthony J. Sulpizio*

Dated: 12-2-19

/s/ Thomas Olp

Thomas Olp (*pro hac vice*)
Thomas Moore Society
209 W. Washington Street, Suite 1250
Chicago, IL 60606

*Attorney for Defendant*
*Mark Michael Bogunovich*

Dated: 12/03/2019

LEGAL\43783515\10